**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6980

WALTER STEVE WILSON, JR.,

Plaintiff - Appellant,

versus

DOUG WEBERLING; BILL PRICE; ZAK LEE; JIM
WORLEY; CHRISTEN W. BURHOLDER,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge.  (7:06-cv-00228-JLK)

Submitted: August 31, 2006          Decided: September 8, 2006

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Walter Steve Wilson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Walter Steve Wilson, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wilson v. Weberling, No. 7:06-cv-00228-JLK (W.D. Va. Apr. 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED